UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission

Plaintiff(s),

v.

Payward, Inc. et al                    ,

Defendant(s).

Case No. 4:23-cv-06003-DMR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew Solomon_____, an active member in good standing of the bar of

District of Columbia_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Payward, Inc. and Payward Ventures, Inc. in the

above-entitled action. My local co-counsel in this case is Brian Klein_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 258486_____.

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037

MY ADDRESS OF RECORD

+1 202-974-1680
MY TELEPHONE # OF RECORD

msolomon@cgsh.com
MY EMAIL ADDRESS OF RECORD

Waymaker LLP
515 S. Flower Street Suite 3500
Los Angeles, CA 90071

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1 424-652-7814
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bklein@waymakerlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 187816_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/28/2023

Matthew Solomon
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Matthew Solomon  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   November 28, 2023

UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

United States District Court
Northern District of California