AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:23-cv-06003-DMR |
| Payward, Inc. et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Payward, Inc. and Payward Ventures, Inc.

Date: 11/29/2023

/s/ Rahul Mukhi
*Attorney's signature*

Rahul Mukhi (No. 350718)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

*Address*

rmukhi@cgsh.com
*E-mail address*

(212) 225-2912
*Telephone number*

(212) 225-3999
*FAX number*