AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Securities and Exchange Commission ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 4:23-cv-06003-DMR |
| Payward, Inc., et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Payward, Inc. and Payward Ventures, Inc.

Date:  **11/29/2023**

*Attorney's signature*

Ashley E. Martabano/No. 236357
*Printed name and bar number*

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
*Address*

amartabano@waymakerlaw.com
*E-mail address*

(424) 652-7800
*Telephone number*

(424) 652-7800
*FAX number*