AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Securities and Exchange Commission ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 4:23-cv-06003-DMR |
| Payward, Inc. et al ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Payward, Inc. and Payward Ventures, Inc.                                                                 .

Date:     11/30/2023

/s/ Jennifer Kennedy Park
*Attorney's signature*

Jennifer Kennedy Park (No. 34488)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road
Suite 250
Palo Alto, CA 94304
*Address*

jkpark@cgsh.com
*E-mail address*

(650) 815-4100
*Telephone number*

(415) 796-4499
*FAX number*