DANIEL BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
ALEC JOHNSON (Cal. Bar No. 270960)
Email: johnsonstu@sec.gov
PETER MOORES (Mass. Bar No. 658033)
Email: mooresp@sec.gov
ELIZABETH GOODY (N.Y. Bar No. 4687463)
Email: goodye@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

David Hirsch, Chief (Crypto Assets and Cyber Unit)
Jorge Tenreiro, Deputy Chief (Crypto Assets and Cyber Unit)
100 F Street NE
Washington, DC 20549

Kathryn E. Zoladz, Acting Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  4:23-06003-WHO |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| PAYWARD, INC. and PAYWARD VENTURES, INC., | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904

On December 6, 2023, I caused to be served the following documents entitled:

- **Judge Orrick's Standing Order for Civil Cases;**
- **Judge Orrick's Juror Questionnaires and Social Media Research;**
- **Judge Orrick's Civil Pretrial Order;**
- **Judge Orrick's Case Management Conference Order;**
- **Judge Orrick's Standing Order on Administrative Motions to Seal;** and
- **Standing Order for All Judges of the Northern District of California**

via email to the following:

Brian Klein
Ashley Martabano
Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
bklein@waymakerlaw.com
amartabano@waymakerlaw.com

Matthew Solomon
Rahul Mukhi
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
msolomon@cgsh.com
rmukhi@cgsh.com

1    I declare under penalty of perjury that the foregoing is true and correct.

2

3    Date:  December 6, 2023                    /s/ Daniel Blau
                                                Daniel Blau
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28