DANIEL BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
ALEC JOHNSON (Cal. Bar No. 270960)
Email: johnsonstu@sec.gov
PETER MOORES (Mass. Bar No. 658033)
Email: mooresp@sec.gov
ELIZABETH GOODY (N.Y. Bar No. 4687463)
Email: goodye@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

David Hirsch, Chief (Crypto Assets and Cyber Unit)
Jorge Tenreiro, Deputy Chief (Crypto Assets and Cyber Unit)
100 F Street NE
Washington, DC 20549

Kathryn E. Zoladz, Acting Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAYWARD, INC. and PAYWARD VENTURES, INC.,<br><br>        Defendants. | Case No.  4:23-06003-WHO<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904

On December 11, 2023, I caused to be served the following document entitled:

- **Case Management Conference Order**

via email to the following:

Brian Klein
Ashley Martabano
Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
bklein@waymakerlaw.com
amartabano@waymakerlaw.com

Matthew Solomon
Rahul Mukhi
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
msolomon@cgsh.com
rmukhi@cgsh.com

I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 11, 2023            */s/ Daniel Blau*
                                    Daniel Blau