MATTHEW SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
JENNIFER KENNEDY PARK (SBN 34488)
jkpark@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone:    (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:    (424) 652-7814

*Attorneys for Defendants Payward, Inc. and Payward Ventures, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>     v.<br><br>PAYWARD, INC.; PAYWARD VENTURES, INC.,<br><br>               Defendants. | CASE NO.: 3:23-cv-06003-WHO<br><br>Judge:  Hon. William H. Orrick III<br>Complaint Filed:  November 20, 2023<br>Current Initial CMC Date:  February 20, 2024<br>Trial Date:  None<br><br>**DECLARATION OF RAHUL MUKHI IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE AND EXTENDING PAGE LIMITS FOR DEFENDANTS' PROPOSED MOTION SEEKING DISMISSAL OF THE COMPLAINT** |

I, Rahul Mukhi, declare as follows:

1.       I am a partner with the law firm Cleary Gottlieb Steen & Hamilton LLP and counsel of record for Defendants Payward, Inc. and Payward Ventures, Inc. ("Defendants" and together with Plaintiff Securities and Exchange Commission ("Plaintiff"), the "Parties") in the above-captioned matter.  I am admitted to practice law in the state of California and before this Court.  I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2.       On November 20, 2023, Plaintiff filed the Complaint (ECF No. 1) in the above-captioned action.  On December 8, 2023, the Court entered an Order (ECF No. 17) setting an initial case management conference ("CMC") for February 20, 2024.

3.       The Parties have met and conferred and agreed to seek additional time and pages in connection with Defendants' anticipated motion seeking dismissal of the Complaint ("Dismissal Motion").  The Parties have agreed to stipulate that Defendants will file a Dismissal Motion of up to 30 pages due on or before February 22, 2024, Plaintiff will file an opposition of up to 30 pages due on or before April 9, 2024, and Defendants will file a reply of up to 15 pages in support of the Dismissal Motion due on or before May 9, 2024, with a hearing on the Dismissal Motion noticed for June 12, 2024.  The reason for the requested enlargement of time and page limits is to allow for full briefing of the issues for the Court.

4.       The requested time modification should have no adverse effect on the schedule for this case, which has not yet been set.  No previous time modifications have been made in the case.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Dated: January 10, 2024

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Rahul Mukhi
    Rahul Mukhi

*Counsel for Defendants Payward, Inc. and Payward Ventures, Inc.*