MATTHEW SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
JENNIFER KENNEDY PARK (SBN 34488)
jkpark@cgsh.com
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone:    (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:    (424) 652-7814

*Attorneys for Defendants Payward, Inc. and Payward Ventures, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>PAYWARD, INC.; PAYWARD VENTURES, INC.,<br><br>                    Defendants. | CASE NO.: 3:23-cv-06003-WHO<br><br>Judge:  Hon. William H. Orrick III<br>Complaint Filed:  November 20, 2023<br>Current Initial CMC Date:  February 20, 2024<br>Trial Date:  None<br><br>**DECLARATION OF RAHUL MUKHI IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Rahul Mukhi, declare as follows:

1.      I am a partner with the law firm Cleary Gottlieb Steen & Hamilton LLP and counsel of record for Defendants Payward, Inc. and Payward Ventures, Inc. ("Defendants" and together with Plaintiff Securities and Exchange Commission ("Plaintiff"), the "Parties") in the above-captioned matter.  I am admitted to practice law in the state of California and before this Court.

2.      I make this declaration in support of Defendants' Administrative Motion to Continue Case Management Conference ("CMC") pursuant to Civil Local Rules 6-1(b), 6-3, and 7-11, and Section 1(d) of the Court's Case Management Conference Order.  I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

3.      On December 8, 2023, the Court entered an Order (ECF No. 17) setting the CMC for February 20, 2024.

4.      After meeting and conferring, the Parties reached agreement to stipulate to a briefing schedule with Defendants' motion seeking dismissal (the "Dismissal Motion") due on or before February 22, 2024, Plaintiff's opposition due on or before April 9, 2024, and Defendants' reply in support of the Dismissal Motion due on or before May 9, 2024, with a hearing on the Dismissal Motion noticed for June 12, 2024.

5.      In the Dismissal Motion, Defendants will argue that the Complaint should be dismissed as a matter of law even accepting Plaintiff's allegations as true.  Therefore, no discovery will be necessary to adjudicate the Dismissal Motion.  Defendants anticipate that the Dismissal Motion will seek to dismiss the Complaint in full.

6.      The SEC has informed Defendants that it does not oppose a motion to continue the CMC to the same day as the hearing on the Dismissal Motion.

7.      No previous time modifications in this case have been sought or granted, other than the stipulation on the briefing schedule for the Dismissal Motion filed on January 10, 2024.

8.      The time modification requested in this motion would not have any significant effect on the schedule for this case, which has not yet been set beyond the Dismissal Motion.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Dated: January 10, 2024

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Rahul Mukhi*
     Rahul Mukhi

*Counsel for Defendants Payward, Inc. and Payward Ventures, Inc.*