MATTHEW SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
JENNIFER KENNEDY PARK (SBN 34488)
jkpark@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone:   (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:   (424) 652-7814

Attorneys for Defendants Payward Inc. and Payward Ventures, Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>PAYWARD, INC.; PAYWARD VENTURES, INC.,<br><br>                Defendants. | CASE NO.: 3:23-cv-06003-WHO<br><br>Judge: Hon. William H. Orrick III<br>Complaint Filed: November 20, 2023<br>Current Initial CMC Date:  Feb. 20, 2024<br>Trial Date:  None<br><br>**STIPULATION AND ORDER MODIFYING THE BRIEFING SCHEDULE AND EXTENDING PAGE LIMITS FOR DEFENDANTS' PROPOSED MOTION SEEKING DISMISSAL OF THE COMPLAINT** |

Plaintiff Securities and Exchange Commission ("Plaintiff"), and Defendants Payward, Inc. and Payward Ventures, Inc. ("Defendants" and, with Plaintiff, the "Parties") stipulate as follows:

**WHEREAS**, on November 20, 2023, Plaintiff filed the complaint in the above-captioned action against Defendants (the "Complaint") (ECF No. 1);

**WHEREAS**, on December 8, 2023, the Court entered an Order setting an Initial Case Management Conference ("CMC") for February 20, 2024 (ECF No. 17);

**WHEREAS**, pursuant to L.R. 6-1(a), the Parties stipulate to extend the deadline by which Defendants must respond to the Complaint until February 22, 2024;

**WHEREAS**, Defendants anticipate filing a motion seeking dismissal of the Complaint;

**WHEREAS**, the Parties mutually seek additional time and pages to fully brief issues for the Court;

**THE PARTIES STIPULATE AND REQUEST AN ORDER**, pursuant to Civil Local Rules 6-1(b), 6-2, 7-11, and 7-12, to modify the briefing schedule and page limits related to Defendants' proposed motion as follows:

1. Defendants shall file any motion seeking dismissal of the Complaint ("Dismissal Motion") on or before February 22, 2024.  Defendants' memorandum of law in support of the Dismissal Motion may be up to 30 pages.

2. Plaintiff shall file its opposition to the Dismissal Motion on or before April 9, 2024. Plaintiff's memorandum of law in opposition to the Dismissal Motion may also be up to 30 pages.

3. Defendants shall file their reply in support of the Dismissal Motion on or before May 9, 2024.  Defendants' reply memorandum of law in support of the Dismissal Motion may be up to 15 pages.

4. If any *amici* are granted leave by the Court to file briefs in support of or in opposition to the Motion, any *amicus* briefs in support of Defendants shall be filed on or before February 29, 2024, and any *amicus* briefs in support of Plaintiff shall be filed on or before April 16, 2024.  Any prospective *amicus* may seek leave to file an *amicus* brief by means of a motion filed with the Court

on or before the foregoing deadlines.  The Parties reserve their rights to object to the participation of any *amici*.

     5.    Defendants shall notice the hearing on their Dismissal Motion for Wednesday, June 12, 2024, at 2:00 p.m., or another date determined by the Court.

     6.    Nothing in this Stipulation shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any Party may have with respect to the claims set forth in the Complaint or otherwise in the above-captioned action.

DATED:  January 10, 2024

2

STIPULATION REQUESTING AN ORDER MODIFYING THE BRIEFING SCHEDULE AND EXTENDING PAGE LIMITS FOR DEFENDANTS' PROPOSED MOTION SEEKING DISMISSAL OF THE COMPLAINT

Case No. 3:23-cv-06003-WHO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>By: */s/ Daniel Blau*<br>    Daniel Blau (SBN 305008)<br><br>DANIEL BLAU (SBN 305008)<br>blaud@sec.gov<br>ALEC JOHNSON (SBN 270960)<br>johnsonstu@sec.gov<br>PETER MOORES<br>mooresp@sec.gov<br>ELIZABETH GOODY<br>goodye@sec.gov<br><br>*Counsel for Plaintiff Securities and Exchange Commission* | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: */s/ Rahul Mukhi*<br>    Rahul Mukhi (SBN 350718)<br><br>MATTHEW SOLOMON (appearing *pro hac vice*)<br>msolomon@cgsh.com<br>RAHUL MUKHI (SBN 350718)<br>rmukhi@cgsh.com<br>JENNIFER KENNEDY PARK (SBN 34488)<br>jkpark@cgsh.com<br><br>*Counsel for Defendants Payward, Inc. and Payward Ventures, Inc.* | WAYMAKER LLP<br><br>BRIAN KLEIN (SBN 258486)<br>bklein@waymakerlaw.com<br>ASHLEY MARTABANO (SBN 236357)<br>amartabano@waymakerlaw.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _January 18_____, 2024

By:_____
HON. WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

## FILER'S ATTESTATION

I, Rahul Mukhi, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document have been obtained from each of the other signatories.

By: */s/ Rahul Mukhi*
     Rahul Mukhi