UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>         v.<br><br>PAYWARD, INC.; PAYWARD VENTURES, INC.,<br><br>                                    Defendants. | CASE NO.: 3:23-cv-06003-WHO<br><br>Judge:  Hon. William H. Orrick III<br>Complaint Filed:  November 20, 2023<br>Current Initial CMC Date:  February 20, 2024<br>Trial Date:  None<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Upon consideration of Defendants' Motion to Continue Case Management Conference and good cause appearing, it is hereby ORDERED as follows:

(1)     The initial Case Management Conference ("CMC") currently scheduled for February 20, 2024, and all attendant discovery deadlines, are hereby VACATED and ADJOURNED.

(2)     To the extent an initial CMC is necessary, it shall be held on June 12, 2024, or another date later determined by the Court.

**IT IS SO ORDERED.**

Dated: ___January 18, 2024_____                    _____
                                                                                                     HON. WILLIAM H. ORRICK III
                                                                                                     UNITED STATES DISTRICT JUDGE