| | |
|---|---|
| 1 | MATTHEW SOLOMON (appearing *pro hac vice*) |
| | msolomon@cgsh.com |
| 2 | RAHUL MUKHI (SBN 350718) |
| | rmukhi@cgsh.com |
| 3 | JENNIFER KENNEDY PARK (SBN 344888) |
| | jkpark@cgsh.com |
| 4 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | 2112 Pennsylvania Avenue |
| 5 | Washington, DC 20037 |
| | Telephone:   (202) 974-1680 |
| 6 | |
| 7 | BRIAN KLEIN (SBN 258486) |
| | bklein@waymakerlaw.com |
| 8 | ASHLEY MARTABANO (SBN 236357) |
| | amartabano@waymakerlaw.com |
| 9 | WAYMAKER LLP |
| | 515 S. Flower Street, Suite 3500 |
| 10 | Los Angeles, CA 90071 |
| | Telephone:   (424) 652-7814 |
| 11 | |
| | *Attorneys for Defendants Payward, Inc. and Payward Ventures, Inc.* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:23-cv-06003-WHO |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
| v. | |
| PAYWARD, INC. and PAYWARD VENTURES, INC., | The Hon. William H. Orrick |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: February 22, 2024

Respectfully submitted,

*/s/ Matthew C. Solomon*
Matthew C. Solomon (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1680
msolomon@cgsh.com

Jennifer Kennedy Park (SBN 344888)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
jkpark@cgsh.com

Rahul Mukhi (SBN 350718)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2912
rmukhi@cgsh.com

Brian Klein (SBN 258486)
Ashley Martabano (SBN 236357)
**WAYMAKER LLP**
515 Flower Street Suite 3500
Los Angeles, CA 90071
Telephone: (424) 652-7814
bklein@waymakerlaw.com
amartabano@waymakerlaw.com

*Attorneys for Defendants Payward, Inc. and Payward Ventures, Inc.*