MATTHEW SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
JENNIFER KENNEDY PARK (SBN 344888)
jkpark@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone:    (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:    (424) 652-7814

*Attorneys for Defendants Payward, Inc. and Payward Ventures, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>PAYWARD, INC. and PAYWARD VENTURES, INC.,<br><br>        Defendants. | Case No. 4:23-cv-06003-WHO<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>The Hon. William H. Orrick |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Payward, Inc. and Payward Ventures, Inc., by and through their undersigned counsel, disclose the following:

Payward, Inc. has no parent corporation and no publicly held corporation owns 10 percent or more of Payward, Inc.

Payward Ventures, Inc. is a subsidiary of Payward, Inc. and no publicly held corporation owns 10 percent or more of Payward Ventures, Inc.

Dated: February 22, 2024

Respectfully submitted,

*/s/ Matthew C. Solomon*
Matthew C. Solomon (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1680
msolomon@cgsh.com

Jennifer Kennedy Park (SBN 344888)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
jkpark@cgsh.com

Rahul Mukhi (SBN 350718)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2912
rmukhi@cgsh.com

Brian Klein (SBN 258486)
Ashley Martabano (SBN 236357)
**WAYMAKER LLP**
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: (214) 740-8614
bklein@waymakerlaw.com
amartabano@waymakerlaw.com

*Attorneys for Defendants Payward, Inc. and Payward Ventures, Inc.*