# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAYWARD, INC.; PAYWARD VENTURES, INC.,<br><br>　　　　　　　　Defendants. | CASE NO.: 3:23-cv-06003-WHO<br><br>Judge: Hon. William H. Orrick<br>Hearing Date: June 12, 2024<br>Time: 2:00 PM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

　　**THIS MATTER** having come before the Court on Defendants Payward, Inc. and Payward Ventures, Inc. (together, "Kraken")'s Motion to Dismiss the Securities and Exchange Commission ("SEC")'s Complaint (the "Motion"), and the Court having considered the motion on June 12, 2024,

　　**IT IS HEREBY ORDERED** that Kraken's Motion is **GRANTED** and the SEC's claims against Kraken are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM H. ORRICK III
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE