1  MATTHEW C. SOLOMON (appearing *pro hac vice*)
   msolomon@cgsh.com
2  RAHUL MUKHI (SBN 350718)
   rmukhi@cgsh.com
3  JENNIFER KENNEDY PARK (SBN 344888)
   jkpark@cgsh.com
4  CLEARY GOTTLIEB STEEN & HAMILTON LLP
   2112 Pennsylvania Avenue
5  Washington, DC 20037
   Telephone:   (202) 974-1680
6
7  BRIAN KLEIN (SBN 258486)
   bklein@waymakerlaw.com
   ASHLEY MARTABANO (SBN 236357)
8  amartabano@waymakerlaw.com
   WAYMAKER LLP
9  515 S. Flower Street, Suite 3500
   Los Angeles, CA 90071
10 Telephone:   (424) 652-7814

11 *Attorneys for Defendants Payward, Inc.
   and Payward Ventures, Inc.*
12

13                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:23-cv-06003-WHO |
| Plaintiff, | Judge: Hon. William H. Orrick<br>Hearing Date: June 12, 2024<br>Time: 2:00 p.m. |
| v. | |
| PAYWARD, INC.; PAYWARD VENTURES, INC., | **DECLARATION OF MATTHEW C. SOLOMON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |
| Defendants. | |

**DECLARATION OF MATTHEW C. SOLOMON**
**CASE NO. 3:23-CV-06003-WHO**

I, Matthew C. Solomon, declare:

1. I am an attorney admitted to practice before this Court *pro hac vice*. I am a partner with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendants Payward, Inc. and Payward Ventures, Inc. (together, "Kraken") in this matter. I submit this declaration in support of Kraken's Motion to Dismiss. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. Attached here as **Exhibit A** is a true and correct copy of the transcript of the January 17, 2024 proceedings before Judge Katherine Polk Failla on a motion for judgment on the pleadings in *SEC v. Coinbase, Inc.*, No. 1:23-cv-04738 (S.D.N.Y.).

3. Attached here as **Exhibit B** is a true and correct copy of the transcript of the January 22, 2024 proceedings before Judge Amy Berman Jackson on a motion to dismiss in *SEC v. Binance*, No. 1:23-cv-01599 (D.D.C.).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of February, 2024 in Washington, D.C.


*/s/ Matthew C. Solomon*
Matthew C. Solomon