# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD, INC.; PAYWARD VENTURES, INC.,<br><br>Defendants. | CASE NO.: 3:23-cv-06003-WHO<br><br>Judge: Hon. William H. Orrick<br>Hearing Date: June 12, 2024<br>Time: 2:00 p.m.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

Upon consideration of Defendants Payward, Inc. and Payward Ventures, Inc. (together, "Kraken")'s Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Kraken's Motion to Dismiss the Complaint (the "Request"),

**IT IS HEREBY ORDERED** that the Request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                                          HON. WILLIAM H. ORRICK III
                                                                                          UNITED STATES DISTRICT JUDGE