UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEC,

    Plaintiff(s),

v.

Payward, Inc., et al.,

    Defendant(s).

Case No. 3:23-cv-06003-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, C. Harker Rhodes IV, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Blockchain Ass'n, DeFi Educ. Fund in the above-entitled action. My local co-counsel in this case is John D. Fowler, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 271827.

706 Duke Street, Alexandria, VA 22314
MY ADDRESS OF RECORD

(202) 742-8900
MY TELEPHONE # OF RECORD

harker.rhodes@clementmurphy.com
MY EMAIL ADDRESS OF RECORD

11100 Santa Monica Blvd., Ste. 360, Los Angeles, 90025
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 409-0400
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jfowler@kfc.law
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1028487.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/26/2024                                            C. Harker Rhodes IV
                                                                           APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of C. Harker Rhodes IV is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE