AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| SEC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-06003-WHO |
| Payward, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Blockchain Assocation and DeFi Education Fund.

Date: 02/26/2024

/s/ John D. Fowler
*Attorney's signature*

John D. Fowler, SBN 271827
*Printed name and bar number*

11100 Santa Monica Blvd., Ste. 360
Los Angeles, CA 90025

*Address*

jfowler@kfc.law
*E-mail address*

(310) 409-0400
*Telephone number*

(310) 409-0400
*FAX number*