AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>*Plaintiff*<br>v.<br>PAYWARD, INC. AND PAYWARD VENTURES, INC.<br>*Defendant* | )<br>)<br>)  Case No.  3:23-CV-6003-WHO<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES SENATOR CYNTHIA M. LUMMIS

Date:   02/27/2024

*Attorney's signature*

CHRISTOPHER LAND (WYO. BAR #7-6006)
*Printed name and bar number*
OFFICE OF UNITED STATES SENATOR
CYNTHIA M. LUMMIS
127A RUSSELL SENATE OFFICE BUILDING
WASHINGTON, D.C. 20510
*Address*

CHRIS_LAND@LUMMIS.SENATE.GOV
*E-mail address*

(202) 224-3424
*Telephone number*

(202) 224-3265
*FAX number*