| | |
|---|---|
| 1 | Jaime Bartlett, SBN 251825 |
| 2 | jbartlett@sidley.com<br>David Goldenberg, SBN 347955 |
| 3 | dgoldenberg@sidley.com<br>SIDLEY AUSTIN LLP |
| 4 | 555 California Street, Suite 2000<br>San Francisco, CA 94104 |
| 5 | Telephone: +1 415 772 1200<br>Facsimile: +1 415 772 7400 |
| 6 | Lilya Tessler (*pro hac vice* admission pending) |
| 7 | ltessler@sidley.com<br>SIDLEY AUSTIN LLP |
| 8 | 2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201 |
| 9 | Telephone: +1 214 981 3300<br>Facsimile: +1 214 981 3400 |
| 10 | *Attorneys for Amicus Curiae The Chamber of Digital Commerce* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Payward, Inc. et al,<br><br>Defendants. | Case No. 3:23-cv-06003-WHO<br><br>**DECLARATION OF JAIME BARTLETT PURSUANT TO LOCAL RULE 7-11**<br><br>Honorable William H. Orrick |

ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMICUS BRIEF,
CASE NO. 3:23-cv-06003-WHO

I Jaime Bartlett declare as follows:

I am counsel *for amicus curiae* The Chamber of Digital Commerce ("The Chamber").

Pursuant to Local Rule 7-11, on February 26, 2024, I sought stipulation from the parties to the proposed order granting The Chamber's administrative motion. Defendants consented to this motion and proposed order, the SEC declined to take a position but reserved the right to object upon review of the brief.

Dated: February 27, 2024

Respectfully submitted,

 /s/ Jaime Bartlett
Jaime Bartlett
Lilya Tessler (*pro hac vice* admission pending)
David Goldenberg
SIDLEY AUSTIN LLP
Attorneys for *amicus curiae*
The Chamber of Digital Commerce