### EXHIBIT B

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY THE CHAMBER OF DIGITAL COMMERCE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

The Court hereby GRANTS the Administrative Motion by The Chamber of Digital Commerce for Leave to File Amicus Brief in Support of Defendants' Motion to Dismiss. The Amicus brief attached to the Motion is deemed filed. The Chamber of Digital Commerce may also refile the brief separately in the docket.


IT IS SO ORDERED


Date: _____

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge