**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of February, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

                                                 */s/ Jaime Bartlett*
                                                 Jaime Bartlett