CHRIS LAND (Wyo. Bar #7-6006)
UNITED STATES SENATE
Office of United States Senator Cynthia M. Lummis
127A Russell Senate Office Building
Washington, D.C. 20510

(202) 224-3424
chris_land@lummis.senate.gov

*Counsel for Amicus Curiae*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> PAYWARD, INC. & PAYWARD VENTURES, INC. <br><br> Defendants. | Case No.: 3:23-CV-06003-WHO <br><br> **DECLARATION OF COUNSEL REGARDING STIPULATION** |

Pursuant to N.D. Cal. L.R. 7-11, Chris Land, counsel for *amicus curiae* United States Senator Cynthia M. Lummis, states the following:

(1) Counsel contacted Plaintiff and Defendants via e-mail on February 26, 2024 to obtain their views regarding the filing of the attached motion and *amicus curiae* brief.

(2) Counsel shared the proposed brief with Plaintiff and Defendants.

*DECLARATION OF COUNSEL*
*CASE NO. 3:23-CV-06003-WHO*
*PAGE 1 OF 2*

1  (3) No objection was heard from either Plaintiff or Defendants on February 27, 2024
2  regarding the filing of the attached motion and *amicus curiae* brief.
3  (4) Counsel was unable to obtain a stipulation relating to the filing of this motion because
4  counsel for Plaintiff elected not to consent to a stipulation.

Respectfully submitted this 27th day of February, 2024,

/s/     Chris Land

CHRIS LAND (Wyo. Bar #7-6006)
UNITED STATES SENATE
Office of United States Senator Cynthia M. Lummis
127A Russell Senate Office Building
Washington, D.C. 20510

(202) 224-3424
chris_land@lummis.senate.gov

*Counsel for Amicus Curiae*