**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | Case No.: 3:23-CV-06003-WHO |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE** *AMICUS CURIAE* **BRIEF** |
| vs. | |
| PAYWARD, INC. & PAYWARD VENTURES, INC. | |
| Defendants. | |

This matter having come before the Court and good cause having been shown, **IT IS ORDERED THAT:**

(1) United States Senator Cynthia M. Lummis may file an *amicus curiae* brief relating to Defendants' Motion to Dismiss (ECF 25) on or before February 29, 2024.

Done this ___ day of February, 2024,

_____
Hon. William H. Orrick,
United States District Judge

*PROPOSED AMICUS BRIEF ORDER*
*CASE NO. 3:23-CV-06003-WHO*
*PAGE 1 OF 1*