1  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   STEPHEN A. CAZARES (SBN 201864)
2  scazares@orrick.com
   The Orrick Building
3  405 Howard Street
   San Francisco, California 94105-2669
4  Telephone: (415) 773-5700
   Facsimile:  (415) 773-5759
5

6  Attorneys for *Amicus Curiae*
   INVESTOR CHOICE ADVOCATES NETWORK
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 | SECURITIES AND EXCHANGE        | CASE NO. 3:23-cv-06003-WHO
   | COMMISSION,                    |
13 |                                | **NOTICE OF APPEARANCE**
   |         Plaintiff,             | **PURSUANT TO CIVIL L.R. 5-1(2)**
14 |                                |
   |     vs.                        |
15 |                                |
   | PAYWARD, INC. and PAYWARD      |
16 | VENTURES, INC.,                |
   |                                |
17 |         Defendants.            |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Stephen A. Cazares of Orrick, Herrington & Sutcliffe LLP hereby enters his appearance as lead counsel on behalf of *Amicus Curiae* Investor Choice Advocates Network in the above-captioned matter and requests that notice of all further papers and proceedings be served upon him at the following address:

>Stephen A. Cazares
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>scazares@orrick.com
>The Orrick Building
>405 Howard Street
>San Francisco, California 94105-2669
>Telephone: (415) 773-5700
>Facsimile:  (415) 773-5759

Dated:  February 28, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Stephen A. Cazares*
          Stephen A. Cazares

Attorneys for *Amicus Curiae*
INVESTOR CHOICE ADVOCATES NETWORK