AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:23-cv-06003-WHO |
| Payward, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Investor Choice Advocates Network                                                                                    .

Date:      02/28/2024

_____
*Attorney's signature*

Michael W. Ingram, SBN 310119
*Printed name and bar number*

Kirk & Ingram, LLP
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
*Address*

mingram@kirkingram.com
*E-mail address*

(310) 487-0270
*Telephone number*