UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PAYWARD, INC. and PAYWARD VENTURES, INC.,<br><br>                    Defendants. | CASE NO. 3:23-cv-06003-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF INVESTOR CHOICE ADVOCATES NETWORK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   June 12, 2024<br>Time:   2:00 p.m.<br>Judge:  Hon. William H. Orrick |

This Court, having considered the Motion for Leave to File *Amicus Curiae* Brief of Investor Choice Advocates Network (the "Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED. *Amicus* shall file the brief on entry of this Order.

Dated: _____, 2024

_____
WILLIAM H. ORRICK
United States District Judge