1  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   STEPHEN A. CAZARES (SBN 201864)
2  scazares@orrick.com
   The Orrick Building
3  405 Howard Street
   San Francisco, California 94105-2669
4  Telephone: (415) 773-5700
   Facsimile:  (415) 773-5759
5
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
6  DANIEL S. KIM (SBN 254679)
   dan.kim@orrick.com
7  631 Wilshire Boulevard
   Suite 2-C
8  Santa Monica, California 90401
   Telephone: (310) 633-2803
9
   Attorneys for *Amicus Curiae*
10 INVESTOR CHOICE ADVOCATES NETWORK

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 | SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 3:23-cv-06003-WHO |
16 |                                      | **NOTICE OF APPEARANCE**   |
17 | Plaintiff,                           | **PURSUANT TO CIVIL L.R. 5-1(2)** |
   | vs.                                  |                            |
18 |                                      |                            |
19 | PAYWARD, INC. and PAYWARD VENTURES, INC., |                       |
20 | Defendants.                          |                            |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Daniel S. Kim of Orrick, Herrington & Sutcliffe LLP hereby enters his appearance as counsel on behalf of *Amicus Curiae* Investor Choice Advocates Network in the above-captioned matter and requests that notice of all further papers and proceedings be served upon him at the following address:

> Daniel S. Kim
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> Dan.kim@orrick.com
> 631 Wilshire Blvd., Suite 2-C
> Santa Monica, CA 90401
> Telephone:  (310) 633-2800
> Facsimile:  (310) 633-2849

Dated:  February 28, 2024                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                             By:    */s/ Daniel S. Kim*
                                                    Daniel S. Kim

                                             Attorneys for *Amicus Curiae*
                                             INVESTOR CHOICE ADVOCATES NETWORK