UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission

Plaintiff(s),

v.

Payward, Inc., et al.                    ,

Defendant(s).

Case No. 4:23-cv-06003-DMR

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lewis Rinaudo Cohen          , an active member in good standing of the bar of , hereby

New York                    respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Amicus Curiae Paradigm Operations in

the above-entitled action. My local co-counsel in this case is Benjamin J. Tolman , an attorney

who is a member of the bar of this Court in good standing and who maintains an office within

the State of California. Local co-counsel's bar number is: 301942 .

CohenWilson LLP dba DLx Law

MY ADDRESS OF RECORD

212-984-6845

MY TELEPHONE # OF RECORD

lewis.cohen@dlxlaw.com

MY EMAIL ADDRESS OF RECORD

Torres & Tolman, Professional Corporation

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 212-7748

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

btolman@torrestolman.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another

State or the District of Columbia, as indicated above; my bar number is: 276672 .

A true and correct copy of a certificate of good standing or equivalent official document from

said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this

application.

United States District CourtNorthern
District of California