# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>PAYWARD, INC., ET AL.,<br><br>       Defendants. | CASE NO. 3:23-CV-06003-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY THE BLOCKCHAIN ASSOCIATION AND DEFI EDUCATION FUND FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:   Hon. William H. Orrick |

**[PROPOSED] ORDER**

The Court hereby GRANTS the Administrative Motion by the Blockchain Association and DeFi Education Fund for Leave to File Amicus Brief in Support of Defendants' Motion to Dismiss. The brief attached to the Motion is deemed filed. Blockchain Association and DeFi Education Fund may also refile the brief separately on the docket.

IT IS SO ORDERED.

Date:_____                           _____
                                             HONORABLE WILLIAM H. ORRICK
                                             United States District Judge