# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>PAYWARD, INC.; PAYWARD VENTURES, INC.,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-06003-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY THE STATE OF MONTANA FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF NEITHER PARTY**<br><br>Honorable William H. Orrick III |

The Court hereby GRANTS the Administrative Motion by The State of Montana for Leave to File Amicus Brief in Support of Neither Party. The amicus brief attached to the Motion is deemed filed. The State of Montana may also refile the amicus brief separately on the docket.

IT IS SO ORDERED

Date: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　United States District Judge