Drew C. Ensign (SBN 243956)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262 (P)
densign@holtzmanvogel.com

*Counsel for the State of Montana*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>PAYWARD, INC.; PAYWARD VENTURES, INC.,<br><br>Defendants. | Case No.: 3:23-cv-06003-WHO<br><br>**DECLARATION OF DREW C. ENSIGN PURSUANT TO LOCAL RULE 7-11**<br><br>Honorable William H. Orrick III |

I, Drew. C. Ensign, declare as follows:

I am counsel for proposed *amicus curiae* the State of Montana ("Montana").

Pursuant to Local Rule 7-11, on February 29, 2024, an attorney at the Montana Department of Justice sought stipulation from the parties to the Court granting Montana's request to file an amicus brief in this matter. Defendants consented to such request. The SEC declined to take a position but reserved the right to object upon review of the brief.

Dated: February 29, 2024

Respectfully submitted,

AUSTIN KNUDSEN
*Montana Attorney General*

By: /s/ Drew C. Ensign
Drew C. Ensign (SBN 243956)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
densign@holtzmanvogel.com

*Counsel for the State of Montana*