Drew C. Ensign (SBN 243956)
**HOLTZMAN VOGEL BARAN**
**TORCHINSKY & JOSEFIAK PLLC**
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262 (P)
densign@holtzmanvogel.com

*Counsel for the State of Montana*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 3:23-cv-06003-WHO |
| Plaintiff, | **NOTICE OF APPEARANCE PURSUANT TO CIVIL L.R. 5-1(2)** |
| PAYWARD, INC.; PAYWARD VENTURES, INC., | Honorable William H. Orrick III |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Drew C. Ensign of Holtzman Vogel Baran Torchinsky & Josefiak PLLC hereby enters his appearance as counsel on behalf of *Amicus Curiae* State of Montana in the above-captioned matter and requests that notice of all further papers and proceedings be served upon him at the following address:

Drew C. Ensign
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262 (P)
densign@holtzmanvogel.com

Dated: February 29, 2024

Respectfully submitted,
By: /s/  Drew C. Ensign
Drew C. Ensign (SBN 243956)
**HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC**
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
densign@holtzmanvogel.com

*Counsel for the State of Montana*