BENJAMIN J. TOLMAN, State Bar No. 301942
TORRES & TOLMAN, PROFESSIONAL CORPORATION
201 Spear Street, Suite 1175
San Francisco, CA 94105
Telephone:   (415) 212-7748
Email:          btolman@torrestolman.com

Lewis Rinaudo Cohen, *pro hac vice* (pending)
Gregory Strong, *pro hac vice* (pending)
Amil Sumaiya Malik. *pro hac vice* (pending)
COHENWILSON LLP
331 Park Avenue South
New York, NY 10010
Tel: (212) 984-6845
lewis.cohen@dlxlaw.com
greg.strong@dlxlaw.com
amil.malik@dlxlaw.com

*Attorneys for Amicus Curiae Paradigm Operations LP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>     v.<br><br>PAYWARD, INC. and PAYWARD VENTURES, INC.,<br><br>               Defendants. | Case No.  3:23-cv-06003-WHO<br><br>**DECLARATION OF BENJAMIN J. TOLMAN PURSUANT TO LOCAL RULE 7-11**<br><br>Judge:    Hon. William H. Orrick |

Pursuant to Local Rule 7-11, I, Benjamin J. Tolman, counsel for *amicus curiae* Paradigm Operations LP ("Paradigm"), hereby declare and state as follows:

1. I am an attorney licensed to practice in the State of California and before this Court and submit this declaration in support of the Administrative Motion by Paradigm Operations LP for Leave to File Amicus Brief in Support of Defendants' Motion to Dismiss (the "Motion").

2. On behalf of Paradigm, I contacted Plaintiff's and Defendants' counsel via email on February 28-29, 2024 to obtain their views regarding the filing of the Motion and its related *amicus curiae* brief (the "Brief"), sharing the Motion, its proposed order, and the proposed Brief.

3. Plaintiff's counsel did not oppose, and Defendants' counsel consented, to the Motion. Thus, while the undersigned was not able to obtain a stipulation related to the filing of the Motion, the Motion is unopposed.

I declare under penalty of perjury under the laws of California and of the United States of America that the foregoing is true and correct. Executed on February 29, 2024, at Menlo Park, California.

By: _____
Benjamin J. Tolman

*Attorney for amicus curiae Paradigm Operations LP*