UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD, INC. and PAYWARD VENTURES, INC.,<br><br>Defendants. | Case No.  3:23-cv-06003-WHO<br><br>**[PROPOSED] ORDER GRANTING PARADIGM OPERATIONS LP'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**<br><br>Judge:    Hon. William H. Orrick |

**[PROPOSED] ORDER**

This matter comes before the Court on Paradigm Operations LP's Administrative Motion for Leave to File Brief of *Amicus Curiae* (the "Motion"). Having considered the Motion, and all papers filed in support of and in opposition (if any), the Court hereby GRANTS the Motion. Paradigm Operations LP may thus file an *amicus curiae* brief (the "Brief") in support of Defendants' Motion to Dismiss. The Brief attached to the Motion is thus deemed filed. Paradigm Operations LP may also refile the brief separately on the docket.

**IT IS SO ORDERED.**

Date:_____   _____
                              HON. WILLIAM H. ORRICK III
                              UNITED STATES DISTRICT JUDGE