UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Securities and Exchange Commission<br><br>Plaintiff(s),<br><br>v.<br><br>Payward, Inc., et al.          ,<br><br>Defendant(s). | Case No. 4:23-cv-06003-DMR<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Lewis Rinaudo Cohen, an active member in good standing of the bar of , hereby New York respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amicus Curiae Paradigm Operations in the above-entitled action. My local co-counsel in this case is Benjamin J. Tolman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 301942 .

| | |
|---|---|
| CohenWilson LLP dba DLx Law | Torres & Tolman, Professional Corporation |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-984-6845 | (415) 212-7748 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lewis.cohen@dlxlaw.com | btolman@torrestolman.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 276672 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

GRANTED
W. H. Orrick
Judge William H. Orrick