# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Gregory Strong** was admitted to practice as an attorney in the Courts of this State on **May 24, 2005,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 28th day of February 2024.

Lisa A. Dolph
Clerk of the Supreme Court