**EXHIBIT B**

Matthew D. Zinn (Bar #214587)
Shute, Mihaly & Weinberger
396 Hayes Street
San Francisco, CA 94102-4421
415-552-7272
zinn@smwlaw.com

Robin Thurston*
Orlando Economos (admitted *pro hac vice*)
Sarah Goetz*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202-788-6052
rthurston@democracyforward.org
oeconomos@democracyforward.org
sgoetz@democracyforward.org
*Counsel for Amici Curiae*
* *Motion for admission pro hac vice pending*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>PAYWARD, INC. and PAYWARD VENTURES, INC.,<br><br>*Defendants*. | Case No. 3: 23-cv-06003-WHO<br><br>**DECLARATION OF ORLANDO ECONOMOS PURSUANT TO LOCAL RULE 7-11**<br><br>Honorable William H. Orrick |

Pursuant to Local Rule 7-11, the undersigned hereby declares and states as follows:

1. I am counsel to amici curiae Administrative Law Scholars Todd Phillips and Beau Baumann.

2. I submit this declaration in support of the Administrative Motion by Administrative Law Scholars for Leave to File Amicus Brief in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss (the "Motion").

3. Counsel for amici curiae contacted counsel for Plaintiff and Defendants via email on April 15, 2024 to obtain their positions on amici's Motion and proposed amicus.

4. Both Plaintiff's counsel and Defendants' counsel informed counsel for amici that they take no position on the filing of the Motion. Thus, while amici curiae have not obtained a stipulation related to the filing of the Motion, the Motion is unopposed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2024, in Washington, DC.

DATED:  April 16, 2024

By:     */s/ Orlando Economos*

ORLANDO ECONOMOS
Counsel for Amici Curiae Administrative Law Scholars