# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>PAYWARD, INC. and PAYWARD VENTURES, INC.,<br><br>*Defendants*. | Case No. 3: 23-cv-06003-WHO<br><br>**ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE**<br><br>Honorable William H. Orrick |

This matter having come before the Court and good cause having been shown,

**IT IS ORDERED THAT:**

(1) Administrative Law Scholars Todd Phillips and Beau Baumann may file an amicus curiae brief relating to Defendants' Motion to Dismiss (ECF 25).

Done this ___ day of April, 2024,

_____

Hon. William H. Orrick, United States District Judge