AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-06003 |
| Payward, Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Administrative Law Scholars Todd Phillips and Beau Baumann.

Date:    04/19/2024

/s/ Orlando Economos
*Attorney's signature*

Orlando Economos (DC Bar 90013791)
*Printed name and bar number*
PO Box 34553
Washington, DC 20043

*Address*

oeconomos@democracyforward.org
*E-mail address*

(202) 788-6052
*Telephone number*

(202) 448-9090
*FAX number*