# EXHIBIT P

IIB

**117TH CONGRESS**
**1ST SESSION**
# H. R. 1602

---

IN THE SENATE OF THE UNITED STATES

APRIL 22, 2021

Received; read twice and referred to the Committee on Banking, Housing, and
Urban Affairs

---

# AN ACT

To direct the Commodity Futures Trading Commission and
the Securities and Exchange Commission to jointly estab-
lish a digital asset working group, and for other pur-
poses.

    1    *Be it enacted by the Senate and House of Representa-*

    2  *tives of the United States of America in Congress assembled,*

2

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Eliminate Barriers to Innovation Act of 2021".

**SEC. 2. WORKING GROUP TO SUPPORT INNOVATION WITH RESPECT TO DIGITAL ASSETS.**

(a) ESTABLISHMENT.—Not later than 90 days after the date of the enactment of this section, the Securities and Exchange Commission and the Commodity Futures Trading Commission shall jointly establish a working group (to be known as the "SEC and CFTC Working Group on Digital Assets") to carry out the report required under subsection (c)(1).

(b) MEMBERSHIP.—

(1) IN GENERAL.—The Working Group shall be composed of members appointed in accordance with paragraph (2).

(2) APPOINTMENT OF MEMBERS.—

(A) REPRESENTATIVES OF COMMIS-SIONS.—The Securities and Exchange Commission and the Commodity Futures Trading Commission shall each appoint an equal number of employees of each such Commission to serve as members of the Working Group.

(B) REPRESENTATIVES OF NONGOVERN-MENTAL STAKEHOLDERS.—

3

1          (i)  APPOINTMENT.—The  Securities

2     and  Exchange  Commission  and  the  Com-

3     modity  Futures  Trading  Commission  shall

4     each  appoint  an  equal  number  of  non-

5     governmental  representatives  to  serve  as

6     members  of  the  Working  Group,  except

7     that  such  number  of  members  may  not  be

8     greater  than  or  equal  to  the  number  of

9     members  appointed  under  subparagraph

10     (A).

11          (ii) REQUIRED MEMBERS.—The  mem-

12     bers  of  the  Working  Group  appointed

13     under  clause  (i)  shall  include  at  least  one

14     representative  from  each  of  the  following:

15          (I)  Financial  technology  compa-

16          nies  that  provide  products  or  services

17          involving  digital  assets.

18          (II)  Financial  firms  under  the  ju-

19          risdiction  of  the  Securities  and  Ex-

20          change  Commission  or  the  Commodity

21          Futures  Trading  Commission.

22          (III)  Institutions  or  organizations

23          engaged  in  academic  research  or  advo-

24          cacy  relating  to  digital  asset  use.

4

1          (IV) Small businesses engaged in

2          financial technology.

3                  (V) Investor protection organiza-

4          tions.

5                  (VI) Institutions and organiza-

6          tions that support investment in his-

7          torically-underserved businesses.

8          (C) No compensation for members of

9    the working group.—

10                  (i) Federal employee members.—

11          All members of the Working Group ap-

12          pointed under subparagraph (A) shall

13          serve without compensation in addition to

14          that received for their services as officers

15          or employees of the United States.

16                  (ii)   Non-federal   members.—All

17          members of the Working Group appointed

18          under subparagraph (B) shall serve with-

19          out compensation.

20    (c) Report.—

21          (1) In general.—Not later than 1 year after

22    the date of the enactment of this section, the Work-

23    ing Group shall submit to the Securities and Ex-

24    change Commission, the Commodity Futures Trad-

5

1    ing Commission, and the relevant committees a re-
2    port that contains—

3        (A) an analysis of—

4            (i) the legal and regulatory framework
5        and related developments in the United
6        States relating to digital assets, includ-
7        ing—

8                (I) the impact that lack of clarity
9            in such framework has on primary
10           and secondary markets in digital as-
11           sets; and

12               (II) how the domestic legal and
13           regulatory regimes relating to digital
14           assets impact the competitive position
15           of the United States; and

16           (ii) developments in other countries
17       related to digital assets and identification
18       of how these developments impact the com-
19       petitive position of the United States; and

20       (B) recommendations—

21           (i) for the creation, maintenance, and
22       improvement of primary and secondary
23       markets in digital assets, including for im-
24       proving the fairness, orderliness, integrity,

6

1    efficiency, transparency, availability, and

2    efficacy of such markets;

3     (ii) for standards concerning custody,

4    private key management, cybersecurity,

5    and business continuity relating to digital

6    asset intermediaries; and

7     (iii) for best practices to—

8      (I) reduce fraud and manipula-

9    tion of digital assets in cash, lever-

10    aged, and derivatives markets;

11      (II) improve investor protections

12    for participants in such markets; and

13      (III) assist in compliance with

14    anti-money laundering and countering

15    the financing of terrorism obligations

16    under the Bank Secrecy Act.

17  (2) REPORT LIMITED TO SEC AND CFTC AU-

18 THORITIES.—The analysis and recommendations

19 provided under subparagraphs (A) and (B) of para-

20 graph (1) may only relate to the laws, regulations,

21 and related matters that are under the primary ju-

22 risdiction of the Securities and Exchange Commis-

23 sion or the Commodity Futures Trading Commis-

24 sion.

7

1    (d) NONAPPLICABILITY OF FACA.—The Federal Ad-
2  visory Committee Act (5 U.S.C. App.) shall not apply to
3  the Working Group.

4    (e) TERMINATION.—

5        (1) IN GENERAL.—The Working Group shall
6      terminate on the date that is 1 year after the date
7      of the enactment of this section, except that the
8      Chairman of the Securities and Exchange Commis-
9      sion and the Chairman of the Commodity Futures
10      Trading Commission may, jointly, extend the Work-
11      ing Group for a longer period, not to exceed 1 year.

12        (2) SECOND REPORT IN THE CASE OF EXTEN-
13      SION.—In the case of an extension of the Working
14      Group under paragraph (1), the Working Group
15      shall, not later than the last day of such extension,
16      submit to the Securities and Exchange Commission,
17      the Commodity Futures Trading Commission, and
18      the relevant committees a report that contains an
19      update to the analysis and recommendations re-
20      quired under subparagraphs (A) and (B) of sub-
21      section (c)(1).

22    (f) DEFINITIONS.—In this section:

23        (1) BANK SECRECY ACT.—The term "Bank Se-
24      crecy Act" means—

8

1          (A) section 21 of the Federal Deposit In-
2      surance Act (12 U.S.C. 1829b);
3          (B) chapter 2 of title I of Public Law 91–
4      508 (12 U.S.C. 1951 et seq.); and
5          (C) subchapter II of chapter 53 of title 31,
6      United States Code.
7      (2)    HISTORICALLY-UNDERSERVED    BUSI-
8  NESSES.—The term "historically-underserved busi-
9  nesses" means women-owned businesses, minority-
10 owned businesses, and rural businesses.
11     (3) RELEVANT COMMITTEES.—The term "rel-
12 evant committees" means—
13         (A) the Committee on Financial Services
14     of the House of Representatives;
15         (B) the Committee on Banking, Housing,
16     and Urban Affairs of the Senate;
17         (C) the Committee on Agriculture of the
18     House of Representatives; and
19         (D) the Committee on Agriculture, Nutri-
20     tion, and Forestry of the Senate.

9

1      (4) WORKING GROUP.—The term "Working

2      Group" means the working group established under

3      subsection (a).

Passed the House of Representatives April 20, 2021.

Attest:          CHERYL L. JOHNSON,

*Clerk.*