# EXHIBIT R

I

116TH CONGRESS
1ST SESSION
# H. R. 923

To promote United States competitiveness in the evolving global virtual
currency marketplace.

———————————

## IN THE HOUSE OF REPRESENTATIVES

JANUARY 30, 2019

Mr. SOTO (for himself, Mr. BUDD, Mr. DAVIDSON of Ohio, and Mr. EMMER)
introduced the following bill; which was referred to the Committee on Fi-
nancial Services, and in addition to the Committee on Agriculture, for a
period to be subsequently determined by the Speaker, in each case for
consideration of such provisions as fall within the jurisdiction of the com-
mittee concerned

———————————

# A BILL

To promote United States competitiveness in the evolving
global virtual currency marketplace.

1    *Be it enacted by the Senate and House of Representa-*

2  *tives of the United States of America in Congress assembled,*

3  **SECTION 1. SHORT TITLE.**

4      This Act may be cited as the "U.S. Virtual Currency

5  Market and Regulatory Competitiveness Act of 2019".

6  **SEC. 2. SENSE OF CONGRESS.**

7      It is the sense of Congress that virtual currency could

8  have a significant effect on the economy, and regulation

2

1 of virtual currency may be important to protect investors,

2 deter bad actors, create market certainty, and ensure

3 American competitiveness in an evolving global market-

4 place.

**SEC. 3. STUDY AND REPORT ON PROMOTING AMERICAN**

**COMPETITIVENESS IN EVOLVING GLOBAL**

**MARKETS.**

8    (a) IN GENERAL.—Not later than one year after the

9 date of the enactment of this Act, the Chairman of the

10 Commodity Futures Trading Commission, in consultation

11 with the heads of the Securities and Exchange Commis-

12 sion and other relevant Federal agencies (as determined

13 by the Chairman of the Commodity Futures Trading Com-

14 mission), shall submit to the Committees on Agriculture

15 and on Financial Services of the House of Representatives

16 and the Committees on Agriculture, Nutrition, and For-

17 estry and on Banking, Housing, and Urban Affairs of the

18 Senate a report on the state of virtual markets and ways

19 to promote American competitiveness. The report shall in-

20 clude the following:

21        (1) A brief description of—

22            (A) the regulation of the United States vir-

23            tual currency industry, as a comparative study

24            of the regulation of such industry in foreign

3

1      countries, to demonstrate competitiveness in a

2      global marketplace; and

3            (B) the potential benefits of virtual cur-

4      rency and blockchain technology in the United

5      States commodities market.

6      (2) Recommendations for any legislative

7 changes, if determined appropriate, needed to im-

8 prove the ability of the Commodity Futures Trading

9 Commission and other relevant Federal agencies—

10            (A) to promote competitiveness of the

11      United States and United States businesses in

12      this industry;

13            (B) to encourage the growth of adoption of

14      virtual currencies in segments of the commodity

15      market that could benefit from virtual cur-

16      rencies and access to transparent markets in

17      such currencies;

18            (C) to clarify the virtual currencies that

19      qualify as commodities for both existing cur-

20      rencies and ones that may be created in the fu-

21      ture; and

22            (D) to provide a new, optional regulatory

23      structure for virtual currency spot markets

24      (commonly referred to as exchanges) that in-

25      cludes Federal licensure, market supervision,

•HR 923 IH

4

1           consumer protections, and preemption of State

2           money transmission licensing obligations for

3           participating in spot markets.

4         (3) An analysis of the feasibility, cost, and po-

5    tential benefit of the new regulatory structure de-

6    scribed in subparagraphs (C) and (D) of paragraph

7    (2).

8    (b) VIRTUAL CURRENCY DEFINED.—In this Act, the

9  term "virtual currency" means a digital representation of

10  value that does not have legal tender status and that func-

11  tions as a medium of exchange, a unit of account, or a

12  store of value.

○