# EXHIBIT W

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# Notice of Effectiveness

| | |
|---|---|
| **Effectiveness Date:** | April 1, 2021 4:00 P.M. |
| **Form:** | S-1 |
| **CIK:** | 0001679788 |
| **Company Name:** | Coinbase Global, Inc. |
| **File Number:** | 333-253482 |