MATTHEW C. SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
JENNIFER KENNEDY PARK (SBN 344888)
jkpark@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone:     (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:     (424) 652-7814

*Attorneys for Defendants Payward, Inc.
and Payward Ventures, Inc.*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD, INC.;<br>PAYWARD VENTURES, INC.,<br><br>Defendants. | Case No.: 3:23-cv-06003-WHO<br><br>Judge:  Hon. William H. Orrick III<br>Hearing Date: June 12, 2024<br>Time: 2:00 p.m.<br>Place: Videoconference<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Payward, Inc. and Payward Ventures, Inc. (together, "Kraken" and with the SEC, the "Parties") stipulate as follows:

**WHEREAS**, on November 20, 2023, the SEC filed a complaint in the above-captioned action against Kraken (ECF No. 1);

**WHEREAS**, on December 8, 2023, the Court issued an order setting the initial case management conference ("CMC") for February 20, 2024 (ECF No. 17);

**WHEREAS**, on January 18, 2024, the Court entered an order, pursuant to the Parties' Stipulation, stating that Kraken was to notice the hearing on its Motion to Dismiss for June 12, 2024, at 2:00 p.m. (ECF No. 21), and the Court also entered a separate order continuing the CMC to the same date and time (ECF No. 22);

**WHEREAS**, on February 22, 2024, Kraken filed its Motion to Dismiss and noticed a hearing date of June 12, 2024 at 2:00 p.m. (ECF No. 25);

**WHEREAS**, due to scheduling conflicts, the Parties have met and conferred and agreed to request the Court to continue the date of the CMC and the hearing on Kraken's Motion to Dismiss to June 20, 2024, or a date thereafter that is convenient for the Court;

**WHEREAS**, the Parties have also met and conferred and agreed to request, pursuant to paragraph 3 of the Court's Standing Order for Civil Cases, that the Court hold the CMC and hearing on Kraken's Motion to Dismiss in person;

**WHEREAS**, the Parties respectfully submit that an in-person hearing will assist the Parties in presenting their arguments to the Court;

**THE PARTIES STIPULATE AND REQUEST AN ORDER**, pursuant to Civil Local Rules 6-1(b), 6-2, 7-11, and 7-12, as follows:

1. The CMC and the hearing on Kraken's Motion to Dismiss be continued to June 20, 2024 or a date thereafter that is convenient for the Court; and

2. The CMC and the hearing be held in person.

DATED: May 14, 2024

Respectfully submitted,

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SECURITIES AND EXCHANGE COMMISSION |
|---|---|
| By: /s/ *Matthew C. Solomon*<br>    Matthew C. Solomon | By: /s/ *Peter Moores*<br>    Peter Moores |
| MATTHEW C. SOLOMON (appearing *pro hac vice*)<br>msolomon@cgsh.com<br>RAHUL MUKHI (SBN 350718)<br>rmukhi@cgsh.com<br>JENNIFER KENNEDY PARK (SBN 344888)<br>jkpark@cgsh.com | DANIEL BLAU (SBN 305008)<br>blaud@sec.gov<br>ALEC JOHNSON (SBN 270960)<br>johnsonstu@sec.gov<br>PETER MOORES<br>mooresp@sec.gov<br>ELIZABETH GOODY<br>goodye@sec.gov |
| WAYMAKER LLP<br>BRIAN KLEIN (SBN 258486)<br>bklein@waymakerlaw.com<br>ASHLEY MARTABANO (SBN 236357)<br>amartabano@waymakerlaw.com | *Counsel for Plaintiff Securities and Exchange Commission* |
| *Counsel for Defendants Payward, Inc. and Payward Ventures, Inc.* | |

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 3:23-CV-06003-WHO

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2024

By:_____
HON. WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Matthew C. Solomon, am the ECF User whose ID and password are being used to file this Joint Motion. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document have been obtained from each of the other signatories.

By: */s/ Matthew C. Solomon*
     Matthew C. Solomon