MATTHEW C. SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
JENNIFER KENNEDY PARK (SBN 344888)
jkpark@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone:    (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:    (424) 652-7814

*Attorneys for Defendants Payward, Inc.*
*and Payward Ventures, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD, INC.; PAYWARD VENTURES, INC.,<br><br>Defendants. | Case No. 3:23-cv-06003-WHO<br><br>Judge: Hon. William H. Orrick<br>Hearing Date: June 12, 2024<br>Time: 2:00 p.m.<br><br>**DECLARATION OF MATTHEW C. SOLOMON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND INITIAL CASE MANAGEMENT CONFERENCE** |

**DECLARATION OF MATTHEW C. SOLOMON**
**CASE NO. 3:23-CV-06003-WHO**

I, Matthew C. Solomon, declare:

1. I am an attorney admitted to practice before this Court *pro hac vice*. I am a partner with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendants Payward, Inc. and Payward Ventures, Inc. (together, "Kraken") in this matter. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. On November 20, 2023, the Securities and Exchange Commission ("SEC") filed the Complaint (ECF No. 1) in the above-captioned action. On December 8, 2023, the Court entered an Order (ECF No. 17) setting an initial case management conference ("CMC") for February 20, 2024.

3. On January 10, 2024, Kraken filed an unopposed motion to continue the CMC to June 12, 2024 (ECF No. 20), which the Court granted on January 18, 2024 (ECF No. 22). On January 10, 2024, the Parties also filed a stipulation that Kraken would notice the hearing on its Motion to Dismiss on June 12, 2024, which the Court ordered on January 18, 2024 (ECF Nos. 19, 21).

4. Kraken filed its Motion to Dismiss on February 22, 2024, and noticed the hearing on its Motion for June 12, 2024 (ECF No. 25).

5. Due to certain scheduling conflicts, the Parties have met and conferred and agreed to seek a short continuation of the CMC and the hearing on Kraken's Motion to Dismiss. The Parties have stipulated that the CMC and hearing be continued, subject to the Court's approval, to June 20, 2024, or a date thereafter that is convenient for the Court.

6. Under the Court's Standing Order for Civil Cases, unless a request is made for an in-person argument that is granted by the Court, all civil law and motion hearings will be conducted by Zoom videoconference. The Parties have also stipulated and agreed to request that the Court permit the Parties to attend the hearing and the CMC in-person. The Parties respectfully submit that an in-person hearing will assist the Parties in presenting their arguments to the Court.

7. The requested time modification should have no adverse effect on the schedule for this case. As set forth above, one previous time modification for the CMC has been made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of May, 2024 in Washington, D.C.

Dated: May 14, 2024

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Matthew C. Solomon*
　　　Matthew C. Solomon

*Counsel for Defendants Payward, Inc. and Payward Ventures, Inc.*

**DECLARATION OF MATTHEW C. SOLOMON**
**CASE NO. 3:23-CV-06003-WHO**

2