MATTHEW C. SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
JENNIFER KENNEDY PARK (SBN 344888)
jkpark@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone:     (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:     (424) 652-7814

*Attorneys for Defendants Payward, Inc.
and Payward Ventures, Inc.*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PAYWARD, INC.;<br>PAYWARD VENTURES, INC.,<br><br>　　　　Defendants. | Case No.: 3:23-cv-06003-WHO<br><br>Judge: Hon. William H. Orrick III<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING SUPPLEMENTAL LETTERS REGARDING *BINANCE* DECISION** |

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Payward, Inc. and Payward Ventures, Inc. (together, "Kraken" and with the SEC, the "Parties") stipulate as follows:

**WHEREAS**, Kraken filed its Motion to Dismiss (ECF No. 25) on February 22, 2024; the SEC filed its Opposition (ECF No. 60) on April 9, 2024; and Kraken filed its Reply (ECF No. 69) on May 9, 2024;

**WHEREAS**, the Court held a hearing on the Motion to Dismiss on June 20, 2024;

**WHEREAS**, on June 28, 2024, Judge Amy Berman Jackson issued an order granting in part and denying in part the defendants' motions to dismiss in *SEC v. Binance Holdings Limited*, 23-cv-01599 (ABJ), 2024 WL 3225974 (D.D.C. June 28, 2024);

**WHEREAS**, the *Binance* case involves similar registration claims (as well as additional claims not alleged here) against a digital asset trading platform and was cited in both Parties' briefing on the Motion to Dismiss. *See* ECF No. 25 at 5-6, 18, 23, 26; ECF No. 60 at 5;

**WHEREAS**, the Parties have conferred and respectfully submit that supplemental letter briefs addressing the *Binance* decision would aid the Court in its resolution of the Motion to Dismiss;

**THE PARTIES STIPULATE AND REQUEST AN ORDER**, pursuant to Civil Local Rule 7-12, permitting the SEC and Kraken to each file two-page letter briefs addressing the *Binance* decision by 5:00 PM PST two business days following the grant of the Proposed Order.

JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING SUPPLEMENTAL LETTERS REGARDING *BINANCE* DECISION | CASE NO. 3:23-CV-06003-WHO

1

DATED: July 5, 2024

Respectfully submitted,

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SECURITIES AND EXCHANGE COMMISSION |
| By: /s/ Matthew C. Solomon | By: /s/ Alec Johnson |
| MATTHEW C. SOLOMON (appearing *pro hac vice*)<br>msolomon@cgsh.com<br>RAHUL MUKHI (SBN 350718)<br>rmukhi@cgsh.com<br>JENNIFER KENNEDY PARK (SBN 344888)<br>jkpark@cgsh.com | DANIEL BLAU (SBN 305008)<br>blaud@sec.gov<br>ALEC JOHNSON (SBN 270960)<br>johnsonstu@sec.gov<br>PETER MOORES<br>mooresp@sec.gov<br>ELIZABETH GOODY<br>goodye@sec.gov |
| WAYMAKER LLP | *Counsel for Plaintiff Securities and Exchange Commission* |
| BRIAN KLEIN (SBN 258486)<br>bklein@waymakerlaw.com<br>ASHLEY MARTABANO (SBN 236357)<br>amartabano@waymakerlaw.com | |
| *Counsel for Defendants Payward, Inc. and Payward Ventures, Inc.* | |

**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING SUPPLEMENTAL LETTERS REGARDING *BINANCE* DECISION | CASE NO. 3:23-CV-06003-WHO**

2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2024

By:_____
HON. WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Matthew C. Solomon, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Matthew C. Solomon*
      Matthew C. Solomon

JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING SUPPLEMENTAL LETTERS REGARDING *BINANCE* DECISION | CASE NO. 3:23-CV-06003-WHO

4