DANIEL BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
ALEC JOHNSON (Cal. Bar No. 270960)
Email: johnsonstu@sec.gov
PETER BRYAN MOORES (Mass. Bar No. 658033)
Email: mooresp@sec.gov
ELIZABETH GOODY (N.Y. Bar No. 4687463)
Email: goodye@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

Jorge Tenreiro, Deputy Chief (Crypto Assets and Cyber Unit)
100 Pearl Street, Suite 20-100
New York, New York

Katharine E. Zoladz, Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAYWARD, INC. and PAYWARD VENTURES, INC.,<br><br>Defendants. | Case No. 3:23-cv-06003-WHO<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL** |

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Payward, Inc. and Payward Ventures, Inc. (collectively, "Kraken") hereby stipulate to the following briefing schedule and ask the Court to enter the Proposed Order:

# STIPULATION

WHEREAS, on September 23, 2024, Kraken filed its Motion to Certify Order on Motion to Dismiss for Interlocutory Appeal Under 28 U.S.C. § 1292(b), and the motion hearing date is scheduled for December 4, 2024.  Currently, the SEC's response to the motion must be filed no later than October 7, 2024, and Kraken's reply is due by October 14, 2023.

WHEREAS, the parties have agreed to the following briefing schedule, which will provide additional time for the parties to file their respective response and reply, but which will not change or impact the above hearing date.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The SEC's Response to Kraken's Motion to Certify Order on Motion to Dismiss for Interlocutory Appeal Under 28 U.S.C. § 1292(b) shall be filed no later than October 21, 2024; and

2. Kraken's Reply in Support of the Motion to Certify shall be filed no later November 4, 2024.

IT IS SO STIPULATED.

Dated:  September 26, 2024

Respectfully submitted,

*/s/ Peter Bryan Moores*
Daniel O. Blau
Alec Johnson
Peter Bryan Moores
Elizabeth Goody
Counsel for Plaintiff
Securities and Exchange Commission


*/s/ Brian E. Klein*
Brian E. Klein (SBN 258486)
Becky S. James (SBN 151419)
Ashley E. Martabano (SBN 236357)
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: (424) 652-7800
bklein@waymakerlaw.com
bjames@waymakerlaw.com
amartabano@waymakerlaw.com

Matthew C. Solomon (*pro hac vice*)
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1680
msolomon@cgsh.com

Jennifer Kennedy Park (SBN 34488)
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
jkpark@cgsh.com

Rahul Mukhi (SBN 350718)
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2912
rmukhi@cgsh.com

*Attorneys for Defendants Payward Inc. and Payward Ventures, Inc.*

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated: September 27, 2024



The Honorable William H. Orrick
United States District Judge

*SEC v. Payward, Inc.; Payward Ventures, Inc.*
**United States District Court—Northern District of California**
**Case No. 3:23-cv-06003-WHO**

**SERVICE LIST**

Matthew C. Solomon, Esq.
Rahul Mukhi, Esq.
Jennifer K. Park, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Email: msolomon@cgsh.com
Email: rmukhi@cgsh.com
Email: jkpark@cgsh.com
***Attorney for Defendants Payward, Inc. and Payward Ventures, Inc.***

Brian Klein, Esq.
Ashley Martabano, Esq.
Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Email; bklein@waymakerlaw.com
Email: amartabano@waymakerlaw.com
***Counsel for Defendants Payward, Inc. and Payward Ventures, Inc.***