# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 15, 2024 | **Time:** 4 minutes<br>2:04 p.m. to 2:08 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-06003-WHO | **Case Name:** Securities and Exchange Commission v. Payward, Inc. | |

**Attorneys for Plaintiff:**     Daniel Blau, Peter Moores, and Alec Johnson

**Attorneys for Defendant:**     Brian E. Klein, Matthew Solomon, and Samuel Levander

**Deputy Clerk:** Jean Davis          **Court Reporter:** Marla Knox

## PROCEEDINGS

Case Management Conference conducted via videoconference. The parties' proposed schedule is adopted with the additional dates incorporated below.

**Further Case Management Conference set for April 29, 2025 at 2:00 p.m**. Case management statement due April 22, 2025

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Deadline to amend/add parties:** | **November 21, 2024** |
| **Fact discovery cutoff:** | **August 25, 2025** |
| **Expert disclosure:** | **September 25, 2025** |
| **Expert rebuttal:** | **October 27, 2025** |
| **Expert discovery cutoff:** | **November 27, 2025** |
| **Dispositive Motions heard by:** | **April 22, 2026** |
| **Pretrial Conference:** | **July 13, 2026 at 2:00 p.m.** |
| **Trial:** | **August 17, 2026 at 8:30 a.m. by Jury** |