MATTHEW C. SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone:     (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:     (424) 652-7814

*Attorneys for Defendants Payward, Inc.
and Payward Ventures, Inc.*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD, INC.;<br>PAYWARD VENTURES, INC.,<br><br>Defendants. | Case No.: 3:23-cv-06003-WHO<br><br>Judge:  Hon. William H. Orrick III<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

1  Plaintiff Securities and Exchange Commission ("SEC") and Defendants Payward, Inc. and Payward Ventures, Inc. (together, "Kraken" and with the SEC, the "Parties") stipulate as follows:

**WHEREAS**, on September 23, 2024, Kraken filed its Motion to Certify Order on Motion to Dismiss for Interlocutory Appeal ("Interlocutory Appeal Motion"), ECF No. 92;

**WHEREAS**, the hearing on Kraken's Interlocutory Appeal Motion is currently scheduled for December 4, 2024;

**WHEREAS**, on November 5, 2024, the SEC filed its Motion for Judgment on the Pleadings ("12(c) Motion") on Defendants' Eighth, Ninth, and Tenth Affirmative Defenses, ECF No. 103;

**WHEREAS**, the hearing on the 12(c) Motion is currently scheduled for December 18, 2024;

**WHEREAS**, under Local Rules 7-3(a) and 7-3(c) Kraken's response to the 12(c) Motion must be filed by November 19, 2024, and the SEC's reply is due by November 26, 2024;

**WHEREAS**, the Parties have agreed to modify the briefing schedule for the 12(c) Motion such that Kraken's response shall be due no later than December 10, 2024 and the SEC's reply shall be due no later than December 20, 2024;

**WHEREAS**, the Parties have also agreed to reschedule the hearing on the 12(c) Motion to January 8, 2025 to accommodate this modified briefing schedule;

**WHEREAS**, Kraken believes it would be most efficient to hold one consolidated hearing on both the Interlocutory Appeal Motion and the 12(c) Motion on January 8, 2025, and the SEC believes the hearing on the Interlocutory Appeal Motion should either be vacated and the matter taken under submission or should remain on December 4, 2024.

**THE PARTIES STIPULATE AND REQUEST AN ORDER**, that:

1. Kraken's Response to the 12(c) Motion shall be filed no later than December 10, 2024;

2. The SEC's Reply in Support of the 12(c) Motion shall be filed no later than December 20, 2024;

3. The hearing on the 12(c) Motion shall be scheduled for January 8, 2025, or for another date convenient for the Court;

---

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS | CASE NO. 3:23-CV-06003-WHO

1

1   4. The Parties request that the Court decide whether to adjourn the hearing for the
2  Interlocutory Appeal Motion so that it is also held on January 8, 2025, vacate the hearing and take
3  the matter under submission, or keep the currently scheduled hearing on December 4, 2024.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: November 14, 2024

Respectfully submitted,

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SECURITIES AND EXCHANGE COMMISSION |
| By: */s/ Matthew C. Solomon* | By: */s/ Peter Moores* |
| MATTHEW C. SOLOMON (appearing *pro hac vice*)<br>msolomon@cgsh.com<br>2112 Pennsylvania Avenue<br>Washington, DC 20037<br>Telephone:   (202) 974-1680<br><br>RAHUL MUKHI (SBN 350718)<br>rmukhi@cgsh.com<br>ALEXANDER JANGHORBANI (appearing *pro hac vice*)<br>ajanghorbani@cgsh.com<br>SAMUEL LEVANDER (appearing *pro hac vice*)<br>slevander@cgsh.com<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone:   (212) 225-2912 | DANIEL BLAU (SBN 305008)<br>blaud@sec.gov<br>ALEC JOHNSON (SBN 270960)<br>johnsonstu@sec.gov<br>PETER MOORES<br>mooresp@sec.gov<br>ELIZABETH GOODY<br>goodye@sec.gov<br><br>*Counsel for Plaintiff Securities and Exchange Commission* |

WAYMAKER LLP

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
BECKY S. JAMES (SBN 236357)
bjames@waymakerlaw.com
SCOTT MALZAHN (SBN 229204)
smalzahn@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:   (424) 652-7814

*Counsel for Defendants Payward, Inc. and Payward Ventures, Inc.*

**[PROPOSED] ORDER**

      Pursuant to stipulation, the briefing schedule on the 12(c) Motion is so ordered. The hearing on the 12(c) Motion will be held on January 8, 2025, at 2:00 PM.  The hearing on the interlocutory appeal motion is vacated.

Dated: November 18, 2024

By: /s/ W. H. Orrick
HON. WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Matthew C. Solomon, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Matthew C. Solomon*
      Matthew C. Solomon