MATTHEW C. SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone:   (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:   (424) 652-7814

*Attorneys for Defendants Payward, Inc.
and Payward Ventures, Inc.*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD, INC.;<br>PAYWARD VENTURES, INC.,<br><br>Defendants. | Case No.: 3:23-cv-06003-WHO<br><br>Judge:  Hon. William H. Orrick III<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING KRAKEN'S DEADLINE TO FILE OBJECTIONS TO MAGISTRATE JUDGE ILLMAN'S DECEMBER 16, 2024 ORDER** |

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Payward, Inc. and Payward Ventures, Inc. (together, "Kraken" and with the SEC, the "Parties") stipulate as follows:

**WHEREAS**, on November 19, 2024, the Parties filed a joint statement regarding a discovery dispute concerning the SEC's objections to Kraken's requests for three categories of documents concerning: (1) Bitcoin and Ether, (2) the SEC's public statements and testimony regarding digital assets, and (3) the SEC's internal trading policies on digital assets, ECF No. 108;

**WHEREAS**, on November 25, 2024, this Court referred discovery disputes and all further discovery in this case to a United States Magistrate Judge pursuant to Civil Local Rule 72-1, ECF No. 109;

**WHEREAS**, on December 16, 2024, the Honorable Robert M. Illman denied Kraken's request to compel the production of the discovery referenced above (the "Order"), ECF No. 113;

**WHEREAS**, under Federal Rule of Civil Procedure 72(a), Kraken's deadline to file objections to the Order is December 30, 2024;

**WHEREAS**, Kraken intends to serve narrowed requests for production in light of the Order and the Parties intend to meet and confer regarding those narrowed requests;

**WHEREAS**, the Parties respectfully submit that it would be efficient to stay the objection deadline for the Order until the process for Kraken's narrowed requests is completed, which will avoid potentially piecemeal litigation;

**WHEREAS**, the Parties have agreed to stay Kraken's deadline to file objections to the Order until March 31, 2025, and agree to discuss a further extension as needed;

**THE PARTIES STIPULATE AND REQUEST AN ORDER**, that:

1. Kraken's deadline to object to the Order is stayed until March 31, 2025.

1  DATED: December 23, 2024

2  Respectfully submitted,

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SECURITIES AND EXCHANGE COMMISSION |
| By: */s/ Matthew C. Solomon* | By: */s/ Peter Bryan Moores* |
| MATTHEW C. SOLOMON (appearing *pro hac vice*)<br>msolomon@cgsh.com<br>2112 Pennsylvania Avenue<br>Washington, DC 20037<br>Telephone:    (202) 974-1680<br><br>RAHUL MUKHI (SBN 350718)<br>rmukhi@cgsh.com<br>ALEXANDER JANGHORBANI (appearing *pro hac vice*)<br>ajanghorbani@cgsh.com<br>SAMUEL LEVANDER (appearing *pro hac vice*)<br>slevander@cgsh.com<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone:    (212) 225-2912 | DANIEL BLAU (SBN 305008)<br>blaud@sec.gov<br>ALEC JOHNSON (SBN 270960)<br>johnsonstu@sec.gov<br>PETER MOORES<br>mooresp@sec.gov<br>ELIZABETH GOODY<br>goodye@sec.gov<br>444 S. Flower Street, Suite 900<br>Los Angeles, CA 90071<br>Telephone:    (323) 965-3998<br><br>*Counsel for Plaintiff Securities and Exchange Commission* |

WAYMAKER LLP

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
BECKY S. JAMES (SBN 236357)
bjames@waymakerlaw.com
SCOTT MALZAHN (SBN 229204)
smalzahn@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:    (424) 652-7814

*Counsel for Defendants Payward, Inc. and Payward Ventures, Inc.*

**[PROPOSED] ORDER**

Pursuant to stipulation, Kraken's deadline to object to Judge Illman's Order Re: First Discovery Dispute Letter Brief is stayed until March 31, 2025.

Dated: _____, 2024

By:_____
HON. WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Matthew C. Solomon, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Matthew C. Solomon*
Matthew C. Solomon