MATTHEW C. SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:     (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:     (424) 652-7814

*Attorneys for Defendants Payward, Inc.
and Payward Ventures, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:23-cv-06003-WHO |
| Plaintiff, | Judge: Hon. William H. Orrick |
| | Hearing Date: January 8, 2025 |
| v. | Time: 2:00 pm (via videoconference) |
| PAYWARD, INC.; PAYWARD VENTURES, INC., | **DEFENDANTS' STATEMENT OF RECENT DECISION** |
| Defendants. | |

In connection with their Opposition to Plaintiff's Motion for Judgement on the Pleadings on Kraken's Eighth, Ninth, and Tenth Affirmative Defenses (ECF No. 110) and pursuant to Local Rule 7-3(d)(2), Defendants Payward, Inc. and Payward Ventures, Inc. ("Kraken") respectfully submit this Statement of Recent Decision and attach as Exhibit A hereto a decision issued today in *SEC v. Coinbase, Inc.*, No. 23-cv-4738, ECF No. 175 (S.D.N.Y. Jan. 7, 2025). In the decision, Judge Failla granted Coinbase's motion to certify an interlocutory appeal under 28 U.S.C. § 1292(b), and stayed the district court proceedings pending resolution of the appeal. Kraken may raise this decision at tomorrow's oral argument on the SEC's Motion for Judgment on the Pleadings on Kraken's Eighth, Ninth, and Tenth Affirmative Defenses (ECF No. 103).

DATED: January 7, 2025

*/s/ Matthew C. Solomon*
MATTHEW C. SOLOMON (appearing *pro hac vice*)
msolomon@cgsh.com
RAHUL MUKHI (SBN 350718)
rmukhi@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue
Washington, DC 20037
Telephone: (202) 974-1680

BRIAN KLEIN (SBN 258486)
bklein@waymakerlaw.com
ASHLEY MARTABANO (SBN 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: (424) 652-7814

*Attorneys for Defendants Payward Inc. and Payward Ventures, Inc.*