UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** January 8, 2026 | **Time:** 32 minutes<br>2:00 p.m. to 2:32 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-06003-WHO | **Case Name:** Securities and Exchange Commission v. Payward, Inc. | |

**Attorneys for Plaintiff:** Peter Moores and Alec Johnson

**Attorneys for Defendant:** Brian E. Klein, Matthew Solomon, and Samuel Levander

**Deputy Clerk:** Jean Davis               **Court Reporter:** Lee-Anne Shortridge

PROCEEDINGS

Hearing on Motion for Judgment on the Pleadings conducted via videoconference. The Court summarizes tentative. Argument of counsel heard. Motion taken under submission; written order to follow.