1  DANIEL O. BLAU (Cal. Bar No. 305008)
   Email: blaud@sec.gov
2  ALEC JOHNSON (Cal. Bar No. 270960)
   Email: johnsonstu@sec.gov
3  PETER BRYAN MOORES (Mass. Bar No. 658033)
   Email: mooresp@sec.gov
4  ELIZABETH GOODY (N.Y. Bar No. 4687463)
   Email: goodye@sec.gov
5
   Attorneys for Plaintiff
6  Securities and Exchange Commission

7  Douglas M. Miller, Regional Trial Counsel
   444 S. Flower Street, Suite 900
8  Los Angeles, California 90071
   Telephone: (323) 965-3998
9  Facsimile: (213) 443-1904

10                     **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12                        **San Francisco Division**

13

14
    SECURITIES AND EXCHANGE
15  COMMISSION,

16              Plaintiff,                    Case No. 3:23-cv-06003-WHO

17        vs.                                 **JOINT STIPULATION TO DISMISS AND**
                                              **RELEASES**
18  PAYWARD, INC. and PAYWARD
    VENTURES, INC.,
19
                Defendants.
20

21

22

23

24

25

26

27

28

1  Plaintiff Securities and Exchange Commission (the "Commission" or the "SEC") and

2  Payward, Inc. and Payward Ventures, Inc. (collectively, the "Defendants") respectfully submit this

3  joint stipulation.

4  **WHEREAS,** the Commission filed its complaint in this civil enforcement action (the

5  "Litigation") on November 20, 2023.

6  **WHEREAS**, on August 23, 2024, the Court denied Defendants' motion to dismiss. (ECF

7  No. 90.)

8  **WHEREAS,** on January 21, 2025, the Commission's Acting Chairman Mark T. Uyeda

9  launched a crypto task force dedicated to helping the Commission further develop the regulatory

10  framework for crypto assets.

11  **WHEREAS,** in light of the foregoing, and in the exercise of its discretion and as a policy

12  matter, the Commission believes the dismissal of this case is appropriate.

13  **WHEREAS,** the Commission's decision to seek dismissal of this Litigation does not

14  necessarily reflect the Commission's position on any other case.

15  **WHEREAS,** by this stipulation, the Commission and the Defendants agree to have this

16  Litigation dismissed.

17  **NOW, THEREFORE,**

18  1.    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Commission and the Defendants

19  stipulate that this Litigation be dismissed with prejudice as to the conduct alleged in the Complaint

20  through the date of the filing of this Stipulation, and without costs or fees to either party.

21  2.    Defendants, for themselves and any of their agents, attorneys, employees, or

22  representatives, hereby waive and release:

23      a.  Any and all rights under the Equal Access to Justice Act, the Small Business
24         Regulatory Enforcement Fairness Act of 1996, or any other provision of law to
       seek from the United States, or any agency, or any official of the United States
       acting in his or her official capacity, directly or indirectly, reimbursement of
25         attorney's fees or other fees, expenses, or costs expended by Defendants that in any
       way relate to the Litigation, including but not limited to investigative steps taken
26         prior to commencing the Litigation.

27      b.  Any and all claims, demands, rights, and causes of action of every kind and nature,
       asserted or unasserted, against the Commission and its present and former officers
28

JOINT STIPULATION TO DISMISS AND
RELEASES                                                        1                        Case No. 3:23-cv-06003-WHO

or employees that arise from or in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

3.    Each of the undersigned represents that they have the authority to execute this stipulation on behalf of the party so indicated.

4.    Pursuant to L.R. 5-1(i)(3), __Peter Moores__ attests that each of the other signatories have concurred in the filing of the document.

STIPULATED AND AGREED:

SAMUEL J. WALDON
Acting Director
ANTONIA M. APPS
Acting Deputy Director
Enforcement Division
SECURITIES AND EXCHANGE
COMMISSION

_Peter Bryan Moores_
Daniel O. Blau (SBN 305008)
Alec Johnson (SBN 270960)
Peter Bryan Moores
Elizabeth Goody
SECURITIES AND EXCHANGE
COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
(323) 965-3998 (phone)
(213) 443-1904 (Facsimile)
blaud@sec.gov
johnsonstu@sec.gov
mooresp@sec.gov
goodye@sec.gov

*Counsel for Plaintiff*
*Securities and Exchange Commission*

Matthew C. Solomon (pro hac vice)
Rahul Mukhi (SBN 350718)
Jennifer Kennedy Park (SBN 344888)
Samuel Levander (pro hac vice)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Ave., NW
Washington, DC 20037
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
msolomon@cgsh.com

Brian Klein (SBN 258486)
Ashley Martabano (SBN 236357)
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
(424) 652-7814 (Phone)
(415) 772-7400  (Facsimile)
bklein@waymakerlaw.com
amartabano@waymakerlaw.com

*Counsel for Defendants*
*Payward, Inc. and*
*Payward Ventures, Inc.*

JOIN STIPULATION TO DISMISS AND
RELEASES

2

Case No. 3:23-cv-06003-WHO